## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE COLBY GORMLEY IRISH IRREVOCABLE TRUST. | No. 80155 |
| LORI IRISH,<br>Appellant,<br>vs.<br>JOSEPH P. IRISH; AND F. PHILIP IRISH,<br>Respondent. | |
| IN THE MATTER OF THE COLBY GORMLEY IRISH IRREVOCABLE TRUST. | No. 80285 |
| LORI IRISH,<br>Appellant,<br>vs.<br>F. PHILIP IRISH, TRUSTEE OF THE COLBY GORMLEY IRISH IRREVOCABLE TRUST,<br>Respondent. | |
| IN THE MATTER OF THE COLBY GORMLEY IRISH IRREVOCABLE TRUST. | No. 80286 |
| LORI IRISH,<br>Appellant,<br>vs.<br>F. PHILIP IRISH, TRUSTEE OF THE COLBY GORMLEY IRISH IRREVOCABLE TRUST,<br>Respondent. | |

FILED

APR 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL AND CONSOLIDATING APPEALS*

Docket No. 80286 is a pro se appeal from a final judgment, Docket No. 80285 is a pro se appeal from an order awarding attorney fees

and costs, and Docket No. 80155 is a pro se appeal from an interlocutory order dismissing Joseph Irish. The appeal in Docket No. 80155 is dismissed, but the challenged order may be considered in the context of the appeal from the final judgment. *See Consol. Generator-Nev., Inc. v. Cummins Engine Co.*, 114 Nev. 1304, 1312, 971 P.2d 1251, 1256 (1998).

Because the remaining appeals arise from the same underlying litigation and involve the same parties, this court elects to consolidate the appeals for all appellate purposes. Because the record has been ordered in Docket No. 80286, no record will be ordered for Docket No. 80285.

Appellant shall have until July 27, 2020, to file a single opening brief that complies with the requirements in NRAP 28(a) and NRAP 32; or the "Informal Brief Form for Pro Se Parties" provided by the supreme court clerk. NRAP 31(a)(1). Respondents need not file a response to the brief unless directed to do so by this court. NRAP 46A(c).

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:  Hon. Linda Marquis, District Judge
     Lori Irish
     Solomon Dwiggins & Freer, Ltd.
     Clear Counsel Law Group
     Eighth District Court Clerk